

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00241-CR

DONNELL PARKER                                         APPELLANT

V.

THE STATE OF TEXAS                                        STATE

----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1519847D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Donnell Parker attempts to appeal from his conviction for robbery causing bodily injury. *See* Tex. Penal Code Ann. § 29.02 (West 2011). Parker pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to two years' confinement. The trial court's

---

[1]*See* Tex. R. App. P. 47.4.

certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On May 29, 2018, we notified Parker that his appeal could be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before June 8, 2018, showing grounds for continuing this appeal. *See* Tex. R. App. P. 25.2(d), 44.3. Parker did not file a response.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 19, 2018